# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARTIN J. MURPHY,**

      **Plaintiff,**

      v.                                 **Case No. 15-CV-222**

**TOWN OF GENEVA WISCONSIN,**

      **Defendants.**

## ORDER

Currently before the court is the parties' joint motion to stay these proceedings in light of ongoing efforts to settle their dispute and the possibility that the town ordinance that led to the dispute may be repealed. Contrary to Civ. L.R. 7(a), the motion does not identify the statute or rule pursuant to which it is made.

Although captioned as "Joint Motion to Stay Proceedings and Deadlines Pending Appeal," the motion is not properly regarded as a motion under Fed. R. App. P. 8(a) and the relief the parties seek is not technically a "stay." Rather, they seek relief from this court's scheduling order under Fed. R. Civ. P. 6(b).

Finding good cause, the court vacates the dates set in its scheduling order (ECF No. 28). The court grants this relief with the expectation that the parties will use the extension of time to engage in diligent good faith efforts to resolve this matter.

The court will conduct a telephonic status conference with the parties on **October 21, 2015** at **9:30 AM** to discuss further scheduling unless the parties file a stipulation of dismissal before that date. The parties shall call the court's conference line at 888-278-0296 and use access code 8322317# to join the call.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 19th day of July, 2015.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge