UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARTIN MURPHY,

        Plaintiff,

  v.                             Case No. 15-CV-222

TOWN OF GENEVA, WISCONSIN,

        Defendant.

---

## ORDER

---

Based upon the agreement of the parties (ECF No. 43), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties' joint motion to dismiss is granted. This matter is hereby dismissed without prejudice and without costs for either party.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 6th day of January, 2016.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge